THE STATE EX REL. BOWLES, APPELLANT, *v.* TRIMBLE, ADMR., ET AL., APPELLEES.

[Cite as *State ex rel. Bowles v. Trimble* (1998), 82 Ohio St.3d 387.]

(No. 96–546—Submitted June 9, 1998—Decided July 22, 1998.)

*Law Offices of Ronald J. Koltak, Ronald J. Koltak* and *Peter J. Gibson,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Lisa A. Sotos,* Assistant Attorney General, for appellees.

————————

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.